## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                       **JUDGMENT IN A CIVIL CASE**

**ROBERTO CORTEZ,**

                                       CASE NO: **1:11–CV–01761–AWI–JLT**

      v.

**R. LOPEZ,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/30/2014**

                                              **Marianne Matherly**
                                              Clerk of Court

    ENTERED:  **May 30, 2014**

                                    by: /s/  A. Jessen
                                                    Deputy Clerk